**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1518**

ANNMARIE SEREM,

　　　　　　Plaintiff - Appellant,

　　　v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  J. Michelle Childs, District Judge. (1:13-cv-02705-JMC)

Submitted:  January 28, 2016　　　Decided:  February 26, 2016

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

W. Daniel Mayes, SMITH, MASSEY, BRODIE, GUYNN & MAYES, P.A., Aiken, South Carolina, for Appellant.  William N. Nettles, United States Attorney, Columbia, South Carolina; Molly E. Carter, Special Assistant United States Attorney, SOCIAL SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annmarie Serem appeals the district court's order accepting the magistrate judge's recommendation and upholding the Commissioner's denial of her application for disability insurance benefits. Our review of the Commissioner's determination is limited to evaluating whether the findings are supported by substantial evidence and whether the correct law was applied. See Mascio v. Colvin, 780 F.3d 632, 634 (4th Cir. 2015). We have thoroughly reviewed the parties' briefs, the administrative record, and the joint appendix, and we discern no reversible error. Accordingly, we affirm the district court's judgment. Serem v. Comm'r of Soc. Sec. Admin., No. 1:13-cv-02705-JMC (D.S.C. Mar. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED